UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24658-ALTMAN

**ALEXANDER PELAEZ**,
*individually and on behalf of all others similarly situated*,

    *Plaintiffs*,

v.

**HARM REDUCTION CIRCLE**,

    *Defendant*.
_____/

## ORDER

The Plaintiff has a filed a Notice of Voluntary Dismissal as to Defendant Burning Man Project [ECF No. 6] pursuant to FED. R. CIV. P. 41(a)(1)(A)(i). Being fully advised, we hereby **ORDER and ADJUDGE** that the Plaintiff's claims against Burning Man Project are **DISMISSED** *with prejudice*.[1]

**DONE AND ORDERED** in the Southern District of Florida on December 11, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record

---

[1] The Clerk has already terminated this Defendant from the case. *See generally* Docket. The Plaintiff has now named the correct Defendant, Harm Reduction Circle, in the Amended Complaint [ECF No. 4].